McGREGOR W. SCOTT
United States Attorney
VIRNA L. SANTOS
Assistant U.S. Attorney
Federal Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000




IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Search of<br><br>Certain property of potential evidentiary value presently in the custody of the Merced Police Department and more fully described in Attachment "A" hereto and made a part hereof | 1:07SW00158 DLB<br><br>ORDER TO UNSEAL APPLICATION, AFFIDAVIT FOR SEARCH WARRANT AND SEARCH WARRANT |

The Application and Affidavit for Search Warrant and Search Warrant in this case having been sealed previously sealed and it appearing that these documents no longer need remain secret, it is hereby ORDERED this 23rd day of August, 2007, that the application and affidavit for search warrant as well as the search warrant itself be unsealed and made public record.

Dated: August 23, 2007

SANDRA M. SNYDER
U.S. Magistrate Judge